UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:23-cr-462-VMC-AAS

MARQUETT JAMES

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 161), filed on July 23, 2025, recommending that Defendant Marquett James's pro se Motion to Withdraw Guilty Plea (Doc. # 145) be denied. On August 3, 2025, Defendant filed a "reply to denial of motion to withdraw plea," which the Court construes as an Objection to the Report and Recommendation. (Doc. ## 163, 164).[1]

---

[1] To the extent James claims in his Objection that he "is amending" his Motion to Withdraw Guilty Plea to assert new arguments (Doc. # 163 at 1), his request to amend is denied. "A new argument cannot be presented as an objection to a report and recommendation." Sabido v. Colvin, No. 1:15-cv-20791-UU, 2016 WL 7442744, at *1 (S.D. Fla. Mar. 31, 2016); see also Williams v. McNeil, 557 F.3d 1287, 1292 (11th Cir. 2009) ("[A] district court has discretion to decline to consider a party's argument when that argument was not first presented to the magistrate judge.").

1

Upon review, the Court accepts and adopts the Report and Recommendation, overrules the Objection, and denies Defendant's Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

None of Defendant's arguments in his Motion or Objection merit the withdrawal of his guilty plea. Defendant's claims of actual innocence and insufficient counsel are belied by his sworn statements made during the plea colloquy. Defendant's other arguments, including those about the anonymous tip call, the supposed conflict of interest of the investigating agency, and the sufficiency of the arrest warrant, are equally unpersuasive.

Regarding the Buckles factors, the Court agrees with Judge Sansone that Defendant received the close assistance of counsel and Defendant's guilty plea was knowing and voluntary. (Doc. # 161 at 6-8). Next, the Court agrees with Judge Sansone and the United States that the conservation of judicial resources hazards against allowing Defendant to withdraw his guilty plea. (Id. at 8-9; Doc. # 156 at 9-10). Finally, the United States would be prejudiced if Defendant withdrew his plea and proceeded to trial. The government would be required attend further proceedings if Defendant were permitted to withdraw his plea, and allowing withdrawal "would prejudice the government by undermining the finality of the plea change process." (Doc. # 161 at 10).

Thus, upon due consideration of the record, including Judge Sansone's Report and Recommendation and Defendant's

3

Objection thereto, the Court overrules the Objection, adopts the Report and Recommendation, and denies the Motion. The Court agrees with Judge Sansone's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 161) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Marquett James's pro se Motion to Withdraw Guilty Plea (Doc. # 145) is **DENIED.**

**DONE and ORDERED** in Chambers in Tampa, Florida, this 29th day of August, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE